# Declaration of Woo S. Lee

I, Woo S. Lee, hereby declare and state:

1. I am a senior trial attorney with the United States Department of Justice, Criminal Division, Asset Forfeiture and Money Laundering Section. I represent the United States in the forfeiture litigation, <u>United States v. 721,951.45 in Uniti Bank Funds</u>, 14-3140-RGK.

2. On August 27, 2014, the Court set the following dates in the above-referenced action: (i) Discovery cut-off of February 6, 2015; (ii) motions due by February 13, 2015; (iii) final pre-trial conference of April 13, 2015; and (iv) jury trial set for April 28, 2015.

3. In September and October 2014, I conferred multiple times with Claimants' counsel to discuss the possibility of resolving this action without further litigation.

4. On October 9, 2014, the United States propounded its First Set of Requests for Production and Things upon Claimant Yoon. Claimant Yoon's responses were due on November 9, 2014. Due to the parties' then-ongoing settlement discussions, Claimant Yoon requested and was granted a 15-day extension to respond. On November 24, 2014, Yoon provided the United States with responses to these requests. Yoon's counsel also informed the United States that she may further supplement her production of documents, which are located in Korea, in January 2015.

5. On October 9, 2014, the United States also propounded its First Set of Requests for Production and Things upon Claimants J.Y. Chun and Park. Claimants' responses were due on November 9, 2014. Due to the parties' then-ongoing settlement discussions, Claimants J.Y. Chun and Park requested and were granted a 30-day extension to respond. On December 17, 2014, counsel for Claimants provided the United States with responsive documents. Claimants' counsel also informed the

United States that J.Y. Chun and Park may further supplement their production with additional records, which are located in Korea, in January 2015. Many of the documents produced by Claimants are in Korean and will need to be translated before being reviewed by the Government. Translation of these documents will require up to four weeks to complete.

6. Similarly, on December 10, 2014, Claimants propounded their First Set of Requests for Production and Things upon Plaintiff. The Government intends to commence producing responsive documents on January 9, 2015. The Government's production will include more than 2,000 pages of Korean-language documents which will have to be translated before being reviewed by Claimants' counsel. Again, I have been informed by Claimants' counsel that translation of these documents may take at least six weeks to complete.

7. Claimants Yang Ja Yoon, Sang Ah Park and J.Y. Chun (collectively "Claimants") are Korean citizens who reside in Korea.

8. In September 2014, the Government requested permission from the government of the Republic of Korea ("Korea") to conduct depositions of the Claimants and other relevant witnesses in the instant action in Korea pursuant to Federal Rule of Civil Procedure 33. I was informed by representatives of Korea's Ministry of Justice that there was no precedent for U.S. law enforcement officials taking Rule 33 civil depositions of Korean nationals in Korea for purposes of a U.S. civil action.

9. On December 10, 2014, I was further informed by Korean officials that Korean law prohibited the taking of civil depositions in Korea by U.S.-licensed attorneys even if such depositions were of a voluntary nature and took place within a U.S. diplomatic mission. Indeed, Korean officials informed me that, under Korea's Act on International Mutual Judicial Assistance in Civil Matters ("Korean Statute"), depositions on Korean soil, including depositions taken via videoconference technology, may only be taken if they are first approved, supervised and coordinated

by Korean authorities pursuant to both the Korean Statute and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"). Arranging for multiple Hague Convention depositions to take place in Korea could take up to six months.

10. After meeting and conferring with Claimants' counsel, I was informed by Claimants' counsel that in the interests of streamlining and expediting the discovery process, the deposition of Claimants in this litigation could take place in the United States rather than Korea. However, because Claimants reside in Korea and will require visas to be issued by the United States Department of State before seeking entry into the United States, additional time is needed to arrange for them to obtain the necessary visas and to travel to the United States from Korea for purposes of the aforementioned depositions.

11. The United States also intends to take the deposition of additional third-party witnesses in the United States in connection with this action. Many of these witnesses are also Korean nationals who reside in Korea. Because I have been informed by Korean officials that the Government is prohibited under Korean law from contacting these witnesses in Korea directly and must request that the Korean authorities contact these individuals on the Government's behalf in connection with these Rule 33 depositions, the process of arranging for these witnesses to obtain the necessary visas and to travel to the United States from Korea for their depositions may also require additional time.

12. Claimants' counsel Caitlin Cottingham agreed that I could represent to the Court that, on behalf of her clients, they join in the Government's request that the discovery cut-off date, the motion date, the final pre-trial conference date and the trial date set by the Court be extended.

13. Accordingly, the Government respectfully requests that the Court continue all dates as proposed below:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Discovery Cutoff | February 6, 2015 | May 22, 2015 |
| Last Date to File Motions | February 13, 2015 | June 15, 2015 |
| Final Pretrial Conference | April 13, 2015 | August 21, 2015 |
| Trial | April 28, 2015 | September 8, 2015 |

I declare under penalty of perjury that the forgoing is true and correct. Executed this 9th day of January 2015, at Washington, D.C.

_____
Woo S. Lee