M. KENDALL DAY
Acting Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
DELLA SENTILLES, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263
Woo.Lee@usdoj.gov

STEPHANIE YONEKURA
Acting United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (Cal. Bar No. 222875)
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone: (213) 894-3172
Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CV 14-3140-RGK-SS |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) **NOTICE OF SETTLEMENT AND** |
| $726,951.45 IN UNITI BANK FUNDS | ) **JOINT MOTION TO STAY** |
|  | ) **PROCEEDINGS AND REMOVE** |
| Defendants. | ) **ACTION FROM COURT'S ACTIVE** |
|  | ) **CALENDAR** |

1. This action (the "California Action") was filed on April 24, 2014, against the defendant $726,951.45 in funds held at Uniti Bank ("Defendant Funds"). Jae Yong Chun, Sang Ah Park, Yoon Yang Ja, and the Port Manleigh Trust (collectively "Claimants") claim an interest in the Defendant Funds. No other parties other than Claimants have appeared in this case and the time for filing statements of interest and answers has expired. The Defendant Funds are in the custody and control of the United States Marshal Service ("USMS").

2. On February 18, 2015, the United States filed a Verified Complaint seeking forfeiture in <u>United States v. A Limited Partnership Interest</u> (Case No. 2:15-cv-814) with the United States District Court for the Eastern District of Pennsylvania (the "Pennsylvania Action"). In the Pennsylvania Action, the United States seeks to forfeit a limited partnership interest in the Philadelphia U.S. Immigration Fund (the "Defendant Security"), which is described more fully in the United States' Complaint for Forfeiture <u>In Rem</u> filed in the Pennsylvania Action under 18 U.S.C. § 981.

3. On February 5, 2015, the Parties informed the Court that they had reached a tentative settlement and requested that the Court vacate the discovery deadlines in the case so that the Parties could finalize the settlement. On February 9, 2015, the Court issued its Order Staying Proceedings and Vacating Scheduled Dates. In that order, the Court set a new discovery cut-off date of June 22, 2015, and a new trial date of October 13, 2015.

4. On March 4, 2015, Plaintiff United States of America and Claimants executed a Settlement Agreement that is dispositive of the California and Pennsylvania Actions. If the Court so desires or deems appropriate, the Parties are prepared to lodge with the Court a copy of the Settlement Agreement.

5. Pursuant to the terms of the Settlement Agreement, Claimants have consented to the forfeiture of the Defendant Security in the Pennsylvania Action and agreed not to file a claim in that action. The Parties further agreed that they would stipulate and file with this Court a Proposed Consent Judgment of Forfeiture resolving

the California Action in its entirety within seven (7) days of a final judgment being entered in the Pennsylvania Action.

6. The Parties respectfully move this Court to remove the above-captioned action from the Court's active calendar pending further order of this Court in order to provide the Parties with an opportunity to implement the Settlement Agreement. The parties suggest that the Court set a deadline of June 4, 2015, for the lodging of a proposed order resolving the matter or the filing of a joint status report.

DATED: March 4, 2015

M. KENDALL DAY, Acting Chief
ASSET FORFEITURE AND MONEY LAUNDERING SECTION, Criminal Division

WOO S. LEE, Trial Attorney
DELLA SENTILLES, Trial Attorney
Criminal Division, United States Department of Justice

STEPHANIE YONEKURA,
Acting United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (Bar No. 222875)
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: March 4, 2015

*S/Benjamin J. Razi*
Benjamin J. Razi (admitted *pro hac vice*)
Caitlin R. Cottingham
COVINGTON & BURLING LLP
One CityCenter

850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 778-5463
Email: brazi@cov.com

Attorneys for Claimants Jae Yong Chun, Sang Ah Park, Yang Ja Yoon, and the Port Manleigh Trust